

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **American Petroleum Institute** |
| Bankruptcy Case: | **Fieldwood Energy LLC** |
| Preference Period: | **May 5, 2020 - Aug 3, 2020** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/18/2020 | $60,000.00 | 6/18/2020 | 1011201 | 12/12/2019 | $60,000.00 |

| | | |
|---|---|---|
| **Totals:** | **1 transfer(s),** | **$60,000.00** |